IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-CV-131LRR |
| | ) | |
| RICHARD LEE MELLOR, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

Plaintiff United States has filed a Complaint requesting the Court to declare certain documents filed by defendant Richard Mellor in the Iowa Secretary of State's Office null, void, and of no legal effect and to permanently enjoin defendant Mellor from future filing of similar documents. Defendant Mellor admits that the Court has jurisdiction over him and over the subject matter of this action.

By his consent, which has been filed with this Court, defendant Mellor has waived the entry of findings of fact and conclusions of law and consents to the entry of this Final Judgment.

NOW, THEREFORE, it is accordingly ORDERED, ADJUDGED AND DECREED that:

1. The Court has jurisdiction over this action pursuant to §§ 1340 and 1345 of Title 28 of the United States Code, and §7402 of the Internal Revenue Code of 1986, as amended (26 U.S.C.).

2. The Court finds that defendant Mellor has admitted that:

    a.    On December 21, 2005, he filed a UCC Financing Statement against

1

former Internal Revenue Service Commissioner Mark Everson and Revenue Officer Arnold Stevenson in the Iowa Secretary of State's Office. This document also listed the United States and the Internal Revenue Service as debtors. A true and correct copy of the document is attached to defendant Mellor's Consent to Entry of Judgment as Government Exhibit 1;

    b.    On December 29, 2005, he filed a UCC Financing Statement Amendment in the Iowa Secretary of State's Office, which purports to add the Internal Revenue Service as a debtor. A true and correct copy of that document is attached to defendant Mellor's Consent to Entry of Judgment as Government Exhibit 2; and

    c.    The documents described in paragraphs a and b above, which defendant Mellor filed in the Iowa Secretary of State's Office, should be determined as null, void, and of no legal effect.

3. It is furthered ORDERED, ADJUDGED AND DECREED that the documents described in paragraphs 2(a) and (b) are hereby declared null, void, and of no legal effect.

4. It is furthered ORDERED, ADJUDGED AND DECREED that defendant Mellor, his agents, employees, and all others in active concert or participation with him are permanently enjoined from filing, or attempting to file, any document or instrument which purports to create any nonconsensual lien or encumbrance against the person or property of former IRS Commissioner Mark Everson, Revenue Officer Arnold Stevenson or any judicial officer or Government employee or officer.

5. It is furthered ORDERED, ADJUDGED AND DECREED that the United States is granted permission to record this Final Judgment in the public records in the Iowa Secretary of State's Office and in the public records of any other jurisdiction where similar claims or liens may be filed by defendant Mellor.

6. It is furthered ORDERED, ADJUDGED AND DECREED that the Court shall retain jurisdiction over this action for the purpose of implementing and enforcing this Final Judgment and all other decrees and orders necessary and appropriate to the public interest.

7. Each party shall bear its own costs.

IT IS SO ORDERED this 29th day of January, 2008.

BY THE COURT:

_____
LINDA R. READE
United States District Judge

Prepared and submitted by:
MATT M. DUMERMUTH
United States Attorney

LaQuita Taylor-Phillips
Trial Attorney
Tax Division, U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7945
Facsimile: (202) 514-6770

Dated: January 28, 2008

Approved and Agreed:

_____
Richard Lee Mellor
2175 Stratford Drive
Marion, Iowa 52302

Dated: _Jan. 25, 2006_